MOM Brands Company LLC
2503 S. Hanley Rd
St. Louis, MO 63144
855-860-8386

**Pay Statement**
Period Start Date 11/30/2025
Period End Date 12/06/2025
Pay Date 12/12/2025
Document 1002998

Net Pay **$655.81**

**Pay Details**

CRYSTAL PAYESKIE
114 CHESTNUT ST
NESCOPECK, PA 18635-1661
USA

| | | | |
|---|---|---|---|
| Employee Number | 000249568 | Pay Group | PCB Weekly 1 |
| SSN | XXX-XX-XXXX | Location | Bloomsburg - PA |
| Job | Dry Pack Operator | GL Location | 628 - MoM Brands |
| Pay Rate | $26.0800 | Department | MMBDD2 - Blooms UN Dry Oper Day D2 |
| Pay Frequency | Weekly | Linecode | 15501 - 15501 - PET BLM PROD |
| | | Org Level 4 | MMMFG - Manufacturing |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Doubletime | 0.000000 | $0.0000 | $0.00 | $319.05 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,251.84 |
| HSA ER Cont | 0.000000 | $0.0000 | $0.00 | $1,000.00 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $669.73 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $10,151.00 |
| Personal Leave | 0.000000 | $0.0000 | $0.00 | $1,251.84 |
| Regular | 0.000000 | $0.0000 | $0.00 | $22,268.34 |
| STD 100% | | | $1,043.20 | $21,007.09 |
| STD 60% | 0.000000 | $0.0000 | $0.00 | $897.05 |
| Vac Purch Time | 0.000000 | $0.0000 | $0.00 | $1,043.20 |
| Vacation Union | 0.000000 | $0.0000 | $0.00 | $1,945.76 |

Total Hours 0.000000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $73.02 | $1,742.18 | $0.00 | $0.00 |
| ADD EE ONLY 1X | Yes | $0.25 | $12.50 | -- | -- |
| CHILD LIFE | No | $0.23 | $11.50 | -- | -- |
| DENTAL JMSU PLU | Yes | $3.46 | $173.00 | -- | -- |
| Hlth Save Acct | Yes | $50.00 | $2,450.00 | -- | -- |
| HSA 3000 | Yes | $37.44 | $1,872.00 | -- | -- |
| HSA ER | No | $0.00 | $1,000.00 | $0.00 | $0.00 |
| Safety | No | $0.00 | ($179.65) | -- | -- |
| Union Dues | No | $16.00 | $800.00 | $0.00 | $0.00 |
| Vac Purchase | No | $0.00 | $1,043.25 | -- | -- |
| VISION JMS PLUS | Yes | $3.15 | $157.50 | -- | -- |
| 401K ER Match | Yes | $0.00 | $0.00 | $0.00 | $1,575.28 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $90.90 | $6,476.96 |
| Employee Medicare | $13.76 | $814.03 |
| Social Security Employee Tax | $58.83 | $3,480.67 |
| PA State Income Tax | $29.13 | $1,723.53 |
| S CENTRE | $9.49 | $561.36 |
| SOUTH CENTRE TWP LST | $1.00 | $49.00 |
| PA Unemployment Employee | $0.73 | $42.60 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 0.0000 |
| Vacation | 0.0000 | 90.0000 |
| Vacation Purch | 0.0000 | -40.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5385 | Checking | $335.00 |
| xxxxxx6440 | Checking | $320.81 |
| Total | | $655.81 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,043.20 | $875.88 | $203.84 | $183.55 | **$655.81** |
| YTD | $61,804.90 | $54,397.72 | $13,148.15 | $9,082.28 | $39,574.47 |

vsn 20240603

MOM Brands Company LLC
2503 S. Hanley Rd
St. Louis, MO 63144
855-860-8386

**Pay Statement**
Period Start Date 12/07/2025
Period End Date 12/13/2025
Pay Date 12/19/2025
Document 1006558

Net Pay $655.80

**Pay Details**

CRYSTAL PAYESKIE
114 CHESTNUT ST
NESCOPECK, PA 18635-1661
USA

Employee Number 000249568
SSN XXX-XX-XXXX
Job Dry Pack Operator
Pay Rate $26.6000
Pay Frequency Weekly

Pay Group PCB Weekly 1
Location Bloomsburg - PA
GL Location 628 - MoM Brands
Department MMBDD2 - Blooms UN Dry Oper Day D2
Linecode 15501 - 15501 - PET BLM PROD
Org Level 4 MMMFG - Manufacturing

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Doubletime | 0.000000 | $0.0000 | $0.00 | $319.05 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,251.84 |
| HSA ER Cont | 0.000000 | $0.0000 | $0.00 | $1,000.00 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $669.73 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $10,151.00 |
| Personal Leave | 0.000000 | $0.0000 | $0.00 | $1,251.84 |
| Regular | 0.000000 | $0.0000 | $0.00 | $22,268.34 |
| STD 100% | | | $1,043.20 | $22,050.29 |
| STD 60% | 0.000000 | $0.0000 | $0.00 | $897.05 |
| Vac Purch Time | 0.000000 | $0.0000 | $0.00 | $1,043.20 |
| Vacation Union | 0.000000 | $0.0000 | $0.00 | $1,945.76 |

Total Hours 0.000000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $73.02 | $1,815.20 | $0.00 | $0.00 |
| ADD EE ONLY 1X | Yes | $0.26 | $12.76 | — | — |
| CHILD LIFE | No | $0.23 | $11.73 | — | — |
| DENTAL JMSU PLU | Yes | $3.46 | $176.46 | — | — |
| Hlth Save Acct | Yes | $50.00 | $2,500.00 | — | — |
| HSA 3000 | Yes | $37.44 | $1,909.44 | — | — |
| HSA ER | No | $0.00 | $1,000.00 | $0.00 | $0.00 |
| Safety | No | $0.00 | ($179.65) | — | — |
| Union Dues | No | $16.00 | $816.00 | $0.00 | $0.00 |
| Vac Purchase | No | $0.00 | $1,043.25 | — | — |
| VISION JMS PLUS | Yes | $3.15 | $160.65 | — | — |
| 401K ER Match | Yes | $0.00 | $0.00 | $73.02 | $1,648.30 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $90.90 | $6,567.86 |
| Employee Medicare | $13.76 | $827.79 |
| Social Security Employee Tax | $58.83 | $3,539.50 |
| PA State Income Tax | $29.13 | $1,752.66 |
| S CENTRE | $9.49 | $570.85 |
| SOUTH CENTRE TWP LST | $1.00 | $50.00 |
| PA Unemployment Employee | $0.73 | $43.33 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 0.0000 |
| Vacation | 0.0000 | 90.0000 |
| Vacation Purch | 0.0000 | -40.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5385 | Checking | $335.00 |
| xxxxxx6440 | Checking | $320.80 |
| Total | | $655.80 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,043.20 | $875.87 | $203.84 | $183.56 | **$655.80** |
| YTD | $62,848.10 | $55,273.59 | $13,351.99 | $9,265.84 | $40,230.27 |

vsn 20240603

MOM Brands Company LLC  
2503 S. Hanley Rd  
St. Louis, MO 63144  
855-860-8386

**Pay Statement**  
Period Start Date 12/14/2025  
Period End Date 12/20/2025  
Pay Date 12/26/2025  
Document 1007880

Net Pay **$530.52**

**Pay Details**

**CRYSTAL PAYESKIE**  
114 CHESTNUT ST  
NESCOPECK, PA 18635-1661  
USA

| | | | |
|---|---|---|---|
| Employee Number | 000249568 | Pay Group | PCB Weekly 1 |
| SSN | XXX-XX-XXXX | Location | Bloomsburg - PA |
| Job | Dry Pack Operator | GL Location | 628 - MoM Brands |
| Pay Rate | $26.6000 | Department | MMBDD2 - Blooms UN Dry Oper Day D2 |
| Pay Frequency | Weekly | Linecode | 15501 - 15501 - PET BLM PROD |
| | | Org Level 4 | MMMFG - Manufacturing |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Doubletime | 0.000000 | $0.0000 | $0.00 | $319.05 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,251.84 |
| HSA ER Cont | 0.000000 | $0.0000 | $0.00 | $1,000.00 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $669.73 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $10,151.00 |
| Personal Leave | 0.000000 | $0.0000 | $0.00 | $1,251.84 |
| Regular | 0.000000 | $0.0000 | $0.00 | $22,268.34 |
| STD 100% | 0.000000 | $0.0000 | $0.00 | $22,050.29 |
| STD 60% | | | $864.37 | $1,761.42 |
| Vac Purch Time | 0.000000 | $0.0000 | $0.00 | $1,043.20 |
| Vacation Union | 0.000000 | $0.0000 | $0.00 | $1,945.76 |

Total Hours 0.000000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $60.51 | $1,875.71 | $0.00 | $0.00 |
| ADD EE ONLY 1X | Yes | $0.26 | $13.02 | -- | -- |
| CHILD LIFE | No | $0.23 | $11.96 | -- | -- |
| DENTAL JMSU PLU | Yes | $3.46 | $179.92 | -- | -- |
| Hlth Save Acct | Yes | $50.00 | $2,550.00 | -- | -- |
| HSA 3000 | Yes | $37.44 | $1,946.88 | -- | -- |
| HSA ER | No | $0.00 | $1,000.00 | $0.00 | $0.00 |
| Safety | No | $0.00 | ($179.65) | -- | -- |
| Union Dues | No | $16.00 | $832.00 | $0.00 | $0.00 |
| Vac Purchase | No | $0.00 | $1,043.25 | -- | -- |
| VISION JMS PLUS | Yes | $3.15 | $163.80 | -- | -- |
| 401K ER Match | Yes | $0.00 | $0.00 | $60.51 | $1,708.81 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $70.94 | $6,638.80 |
| Employee Medicare | $11.16 | $838.95 |
| Social Security Employee Tax | $47.75 | $3,587.25 |
| PA State Income Tax | $23.64 | $1,776.30 |
| S CENTRE | $7.70 | $578.55 |
| SOUTH CENTRE TWP LST | $1.00 | $51.00 |
| PA Unemployment Employee | $0.61 | $43.94 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 0.0000 |
| Vacation | 0.0000 | 90.0000 |
| Vacation Purch | 0.0000 | -40.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5385 | Checking | $335.00 |
| xxxxxx6440 | Checking | $195.52 |
| Total | | $530.52 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $864.37 | $709.55 | $162.80 | $171.05 | **$530.52** |
| YTD | $63,712.47 | $55,983.14 | $13,514.79 | $9,436.89 | $40,760.79 |

vsn 20240603

MOM Brands Company LLC
2503 S. Hanley Rd
St. Louis, MO 63144
855-860-8386

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/21/2025 |
| Period End Date | 12/27/2025 |
| Pay Date | 01/02/2026 |
| Document | 1011952 |
| **Net Pay** | **$1,638.93** |

## Pay Details

**CRYSTAL PAYESKIE**
114 CHESTNUT ST
NESCOPECK, PA 18635-1661
USA

| | | | |
|---|---|---|---|
| Employee Number | 000249568 | Pay Group | PCB Weekly 1 |
| SSN | XXX-XX-XXXX | Location | Bloomsburg - PA |
| Job | Dry Pack Operator | GL Location | 628 - MoM Brands |
| Pay Rate | $26.6000 | Department | MMBDD2 - Blooms UN Dry Oper Day D2 |
| Pay Frequency | Weekly | Linecode | 15501 - 15501 - PET BLM PROD |
| | | Org Level 4 | MMMFG - Manufacturing |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| BLM HSA ER Sngl | 0.000000 | $0.0000 | $19.24 | $19.24 |
| Doubletime | 4.000000 | $53.2000 | $212.80 | $212.80 |
| Holiday | 24.000000 | $26.6000 | $638.40 | $638.40 |
| Overtime | 20.000000 | $39.9000 | $798.00 | $798.00 |
| Regular | -24.000000 | $26.6000 | ($638.40) | ($638.40) |
| STD 60% | | | $89.42 | $89.42 |
| Vacation Union | 40.000000 | $38.9152 | $1,556.61 | $1,556.61 |

Total Hours  64.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $185.98 | $185.98 | $0.00 | $0.00 |
| Acc Death | Yes | $0.06 | $0.06 | — | — |
| BLM HSA ER Sngl | No | $19.24 | $19.24 | $0.00 | $0.00 |
| Dental | Yes | $3.87 | $3.87 | — | — |
| Hlth Save Acct | Yes | $50.00 | $50.00 | — | — |
| Hlth Save Acct | Yes | $50.00 | $50.00 | — | — |
| HSA Catch Up | Yes | $15.00 | $15.00 | — | — |
| HSA Plan | Yes | $27.47 | $27.47 | — | — |
| Long-Term Disab | No | $4.89 | $4.89 | — | — |
| Union Dues | No | $16.00 | $16.00 | $0.00 | $0.00 |
| Vision | Yes | $1.48 | $1.48 | — | — |
| 401K ER Match | Yes | $0.00 | $0.00 | $185.98 | $185.98 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $366.25 | $366.25 |
| Employee Medicare | $36.38 | $36.38 |
| Social Security Employee Tax | $155.55 | $155.55 |
| PA State Income Tax | $77.02 | $77.02 |
| S CENTRE | $25.09 | $25.09 |
| SOUTH CENTRE TWP LST | $1.00 | $1.00 |
| PA Unemployment Employee | $1.86 | $1.86 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 0.0000 |
| Vacation | 0.0000 | 50.0000 |
| Vacation Purch | 0.0000 | -40.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5385 | Checking | $335.00 |
| xxxxxx6440 | Checking | $1,303.93 |
| Total | | $1,638.93 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,676.07 | $2,322.97 | $663.15 | $373.99 | **$1,638.93** |
| YTD | $2,676.07 | $2,322.97 | $663.15 | $373.99 | $1,638.93 |

vsn 20240603

MOM Brands Company LLC
2503 S. Hanley Rd
St. Louis, MO 63144
855-860-8386

**Pay Statement**
Period Start Date 12/28/2025
Period End Date 01/03/2026
Pay Date 01/09/2026
Document 1015914
Net Pay **$551.49**

## Pay Details

**CRYSTAL PAYESKIE**
114 CHESTNUT ST
NESCOPECK, PA 18635-1661
USA

| | | | |
|---|---|---|---|
| Employee Number | 000249568 | Pay Group | PCB Weekly 1 |
| SSN | XXX-XX-XXXX | Location | Bloomsburg - PA |
| Job | Dry Pack Operator | GL Location | 628 - MoM Brands |
| Pay Rate | $26.6000 | Department | MMBDD2 - Blooms UN Dry Oper Day D2 |
| Pay Frequency | Weekly | Linecode | 15501 - 15501 - PET BLM PROD |
| | | Org Level 4 | MMMFG - Manufacturing |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| BLM HSA ER Sngl | 0.000000 | $0.0000 | $19.24 | $38.48 |
| Doubletime | 0.000000 | $0.0000 | $0.00 | $212.80 |
| Holiday | 24.000000 | $26.6000 | $638.40 | $1,276.80 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $798.00 |
| Regular | 0.000000 | $0.0000 | $0.00 | ($638.40) |
| STD 60% | 0.000000 | $0.0000 | $0.00 | $89.42 |
| Vacation Union | 10.000000 | $38.9152 | $389.15 | $1,945.76 |

Total Hours 34.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $71.93 | $257.91 | $0.00 | $0.00 |
| Acc Death | Yes | $0.06 | $0.12 | — | — |
| BLM HSA ER Sngl | No | $19.24 | $38.48 | $0.00 | $0.00 |
| Dental | Yes | $3.87 | $7.74 | — | — |
| Hlth Save Acct | Yes | $0.00 | $50.00 | — | — |
| Hlth Save Acct | Yes | $50.00 | $100.00 | — | — |
| HSA Catch Up | Yes | $15.00 | $30.00 | — | — |
| HSA Plan | Yes | $27.47 | $54.94 | — | — |
| Long-Term Disab | No | $4.89 | $9.78 | — | — |
| Union Dues | No | $16.00 | $32.00 | $0.00 | $0.00 |
| Vac Purchase | No | $88.67 | $88.67 | — | — |
| Vision | Yes | $1.48 | $2.96 | — | — |
| 401K ER Match | Yes | $0.00 | $0.00 | $71.93 | $257.91 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $86.01 | $452.26 |
| Employee Medicare | $13.48 | $49.86 |
| Social Security Employee Tax | $57.64 | $213.19 |
| PA State Income Tax | $28.54 | $105.56 |
| S CENTRE | $9.30 | $34.39 |
| SOUTH CENTRE TWP LST | $1.00 | $2.00 |
| PA Unemployment Employee | $0.72 | $2.58 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 48.0000 | 48.0000 |
| Vacation | 0.0000 | 40.0000 |
| Vacation Purch | 0.0000 | 40.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5385 | Checking | $335.00 |
| xxxxxx6440 | Checking | $216.49 |
| Total | | $551.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,046.79 | $857.74 | $196.69 | $298.61 | **$551.49** |
| YTD | $3,722.86 | $3,180.71 | $859.84 | $672.60 | $2,190.42 |

vsn 20240603

**MOM Brands Company LLC**
2503 S. Hanley Rd
St. Louis, MO 63144
855-860-8386

**Pay Statement**
Period Start Date 01/04/2026
Period End Date 01/10/2026
Pay Date 01/16/2026
Document 1016773

**Net Pay** **$816.47**

**Pay Details**

| | | | |
|---|---|---|---|
| **CRYSTAL PAYESKIE**<br>114 CHESTNUT ST<br>NESCOPECK, PA 18635-1661<br>USA | Employee Number 000249568<br>SSN XXX-XX-XXXX<br>Job Dry Pack Operator<br>Pay Rate $26.6000<br>Pay Frequency Weekly | Pay Group PCB Weekly 1<br>Location Bloomsburg - PA<br>GL Location 628 - MoM Brands<br>Department MMBDD2 - Blooms UN Dry Oper Day D2<br>Linecode 15501 - 15501 - PET BLM PROD<br>Org Level 4 MMMFG - Manufacturing | |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| BLM HSA ER Sngl | 0.000000 | $0.0000 | $19.24 | $57.72 |
| Doubletime | 0.000000 | $0.0000 | $0.00 | $212.80 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,276.80 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $798.00 |
| Overtime | 8.566700 | $39.9000 | $341.81 | $341.81 |
| Regular | 40.000000 | $26.6000 | $1,064.00 | $425.60 |
| STD 60% | 0.000000 | $0.0000 | $0.00 | $89.42 |
| Vacation Union | 0.000000 | $0.0000 | $0.00 | $1,945.76 |

Total Hours 48.566700

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $98.41 | $356.32 | $0.00 | $0.00 |
| Acc Death | Yes | $0.06 | $0.18 | — | — |
| BLM HSA ER Sngl | No | $19.24 | $57.72 | $0.00 | $0.00 |
| Dental | Yes | $3.87 | $11.61 | — | — |
| Hlth Save Acct | Yes | $50.00 | $150.00 | — | — |
| Hlth Save Acct | Yes | $0.00 | $50.00 | — | — |
| HSA Catch Up | Yes | $15.00 | $45.00 | — | — |
| HSA Plan | Yes | $27.47 | $82.41 | — | — |
| Long-Term Disab | No | $4.89 | $14.67 | — | — |
| Union Dues | No | $16.00 | $48.00 | $0.00 | $0.00 |
| Vac Purchase | No | $88.67 | $177.34 | — | — |
| Vision | Yes | $1.48 | $4.44 | — | — |
| 401K ER Match | Yes | $0.00 | $0.00 | $98.41 | $356.32 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.22 | $580.48 |
| Employee Medicare | $18.96 | $68.82 |
| Social Security Employee Tax | $81.10 | $294.29 |
| PA State Income Tax | $40.15 | $145.71 |
| S CENTRE | $13.08 | $47.47 |
| SOUTH CENTRE TWP LST | $1.00 | $3.00 |
| PA Unemployment Employee | $0.98 | $3.56 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 48.0000 |
| Vacation | 120.0000 | 160.0000 |
| Vacation Purch | 0.0000 | 40.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5385 | Checking | $335.00 |
| xxxxxx6440 | Checking | $481.47 |
| Total | | $816.47 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,425.05 | $1,209.52 | $283.49 | $325.09 | **$816.47** |
| YTD | $5,147.91 | $4,390.23 | $1,143.33 | $997.69 | $3,006.89 |

vsn 20240603

**MOM Brands Company LLC**
2503 S. Hanley Rd
St. Louis, MO 63144
855-860-8386

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/11/2026 |
| Period End Date | 01/17/2026 |
| Pay Date | 01/23/2026 |
| Document | 1017629 |
| **Net Pay** | **$516.94** |

## Pay Details

**CRYSTAL PAYESKIE**
114 CHESTNUT ST
NESCOPECK, PA 18635-1661
USA

| | | | |
|---|---|---|---|
| Employee Number | 000249568 | Pay Group | PCB Weekly 1 |
| SSN | XXX-XX-XXXX | Location | Bloomsburg - PA |
| Job | Dry Pack Operator | GL Location | 628 - MoM Brands |
| Pay Rate | $26.6000 | Department | MMBDD2 - Blooms UN Dry Oper Day D2 |
| Pay Frequency | Weekly | Linecode | 15501 - 15501 - PET BLM PROD |
| | | Org Level 4 | MMMFG - Manufacturing |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| BLM HSA ER Sngl | 0.000000 | $0.0000 | $19.24 | $76.96 |
| Doubletime | 0.000000 | $0.0000 | $0.00 | $212.80 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,276.80 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $798.00 |
| Overtime | 0.516700 | $39.9000 | $20.62 | $362.43 |
| Regular | 36.000000 | $26.6000 | $957.60 | $1,383.20 |
| STD 60% | 0.000000 | $0.0000 | $0.00 | $89.42 |
| Vacation Union | 0.000000 | $0.0000 | $0.00 | $1,945.76 |

Total Hours 36.516700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $68.48 | $424.80 | $0.00 | $0.00 |
| Acc Death | Yes | $0.06 | $0.24 | — | — |
| BLM HSA ER Sngl | No | $19.24 | $76.96 | $0.00 | $0.00 |
| Dental | Yes | $3.87 | $15.48 | — | — |
| Hlth Save Acct | Yes | $50.00 | $200.00 | — | — |
| Hlth Save Acct | Yes | $0.00 | $50.00 | — | — |
| HSA Catch Up | Yes | $15.00 | $60.00 | — | — |
| HSA Plan | Yes | $27.47 | $109.88 | — | — |
| Long-Term Disab | No | $4.89 | $19.56 | — | — |
| Union Dues | No | $16.00 | $64.00 | $0.00 | $0.00 |
| Vac Purchase | No | $88.67 | $266.01 | — | — |
| Vision | Yes | $1.48 | $5.92 | — | — |
| 401K ER Match | Yes | $0.00 | $0.00 | $68.48 | $424.80 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $80.50 | $660.98 |
| Employee Medicare | $12.77 | $81.59 |
| Social Security Employee Tax | $54.58 | $348.87 |
| PA State Income Tax | $27.03 | $172.74 |
| S CENTRE | $8.80 | $56.27 |
| SOUTH CENTRE TWP LST | $1.00 | $4.00 |
| PA Unemployment Employee | $0.68 | $4.24 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 48.0000 |
| Vacation | 0.0000 | 160.0000 |
| Vacation Purch | 0.0000 | 40.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5385 | Checking | $335.00 |
| xxxxxx6440 | Checking | $181.94 |
| Total | | $516.94 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $997.46 | $811.86 | $185.36 | $295.16 | **$516.94** |
| YTD | $6,145.37 | $5,202.09 | $1,328.69 | $1,292.85 | $3,523.83 |

vsn 20240603

MOM Brands Company LLC  
2503 S. Hanley Rd  
St. Louis, MO 63144  
855-860-8386

**Pay Statement**  
Period Start Date 01/18/2026  
Period End Date 01/24/2026  
Pay Date 01/30/2026  
Document 1021557  
Net Pay **$848.39**

**Pay Details**

CRYSTAL PAYESKIE  
114 CHESTNUT ST  
NESCOPECK, PA 18635-1661  
USA

| | | | |
|---|---|---|---|
| Employee Number | 000249568 | Pay Group | PCB Weekly 1 |
| SSN | XXX-XX-XXXX | Location | Bloomsburg - PA |
| Job | Dry Pack Operator | GL Location | 628 - MoM Brands |
| Pay Rate | $26.6000 | Department | MMBDD2 - Blooms UN Dry Oper Day D2 |
| Pay Frequency | Weekly | Linecode | 15501 - 15501 - PET BLM PROD |
| | | Org Level 4 | MMMFG - Manufacturing |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| BLM HSA ER Sngl | 0.000000 | $0.0000 | $19.24 | $96.20 |
| Bonus | | | $50.00 | $50.00 |
| Doubletime | 0.000000 | $0.0000 | $0.00 | $212.80 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,276.80 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $798.00 |
| Overtime | 8.500000 | $39.9000 | $339.15 | $701.58 |
| Regular | 40.000000 | $26.6000 | $1,064.00 | $2,447.20 |
| STD 60% | 0.000000 | $0.0000 | $0.00 | $89.42 |
| Vacation Union | 0.000000 | $0.0000 | $0.00 | $1,945.76 |

Total Hours 48.500000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $98.22 | $523.02 | $0.00 | $0.00 |
| Acc Death | Yes | $0.06 | $0.30 | — | — |
| BLM HSA ER Sngl | No | $19.24 | $96.20 | $0.00 | $0.00 |
| Dental | Yes | $3.87 | $19.35 | — | — |
| Hlth Save Acct | Yes | $50.00 | $250.00 | — | — |
| Hlth Save Acct | Yes | $0.00 | $50.00 | — | — |
| HSA Catch Up | Yes | $15.00 | $75.00 | — | — |
| HSA Plan | Yes | $27.47 | $137.35 | — | — |
| Long-Term Disab | No | $4.89 | $24.45 | — | — |
| Union Dues | No | $16.00 | $80.00 | $0.00 | $0.00 |
| Vac Purchase | No | $88.67 | $354.68 | — | — |
| Vision | Yes | $1.48 | $7.40 | — | — |
| 401K ER Match | Yes | $0.00 | $0.00 | $98.22 | $523.02 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $138.25 | $799.23 |
| Employee Medicare | $19.65 | $101.24 |
| Social Security Employee Tax | $84.02 | $432.89 |
| PA State Income Tax | $41.61 | $214.35 |
| S CENTRE | $13.55 | $69.82 |
| SOUTH CENTRE TWP LST | $1.00 | $5.00 |
| PA Unemployment Employee | $1.02 | $5.26 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 48.0000 |
| Vacation | 0.0000 | 160.0000 |
| Vacation Purch | 0.0000 | 40.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5385 | Checking | $335.00 |
| xxxxxx6440 | Checking | $513.39 |
| Total | | $848.39 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,472.39 | $1,257.05 | $299.10 | $324.90 | **$848.39** |
| YTD | $7,617.76 | $6,459.14 | $1,627.79 | $1,617.75 | $4,372.22 |

vsn 20240603

**MOM Brands Company LLC**  
2503 S. Hanley Rd  
St. Louis, MO 63144  
855-860-8386

**Pay Statement**  
Period Start Date 01/25/2026  
Period End Date 01/31/2026  
Pay Date 02/06/2026  
Document 1022405  

**Net Pay** $41.55

## Pay Details

CRYSTAL PAYESKIE  
114 CHESTNUT ST  
NESCOPECK, PA 18635-1661  
USA

| | | | |
|---|---|---|---|
| Employee Number | 000249568 | Pay Group | PCB Weekly 1 |
| SSN | XXX-XX-XXXX | Location | Bloomsburg - PA |
| Job | Dry Pack Operator | GL Location | 628 - MoM Brands |
| Pay Rate | $26.6000 | Department | MMBDD2 - Blooms UN Dry Oper Day D2 |
| Pay Frequency | Weekly | Linecode | 15501 - 15501 - PET BLM PROD |
| | | Org Level 4 | MMMFG - Manufacturing |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| BLM HSA ER Sngl | 0.000000 | $0.0000 | $19.24 | $115.44 |
| Bonus | 0.000000 | $0.0000 | $0.00 | $50.00 |
| Doubletime | 0.000000 | $0.0000 | $0.00 | $212.80 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,276.80 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $798.00 |
| Overtime | 0.133300 | $39.9000 | $5.32 | $706.90 |
| Regular | 12.000000 | $26.6000 | $319.20 | $2,766.40 |
| STD 60% | 0.000000 | $0.0000 | $0.00 | $89.42 |
| Vacation Union | 0.000000 | $0.0000 | $0.00 | $1,945.76 |

Total Hours 12.133300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $22.72 | $545.74 | $0.00 | $0.00 |
| Acc Death | Yes | $0.06 | $0.36 | — | — |
| BLM HSA ER Sngl | No | $19.24 | $115.44 | $0.00 | $0.00 |
| Dental | Yes | $3.87 | $23.22 | — | — |
| Hlth Save Acct | Yes | $50.00 | $300.00 | — | — |
| Hlth Save Acct | Yes | $0.00 | $50.00 | — | — |
| HSA Catch Up | Yes | $15.00 | $90.00 | — | — |
| HSA Plan | Yes | $27.47 | $164.82 | — | — |
| Long-Term Disab | No | $4.89 | $29.34 | — | — |
| Union Dues | No | $16.00 | $96.00 | $0.00 | $0.00 |
| Vac Purchase | No | $88.67 | $443.35 | — | — |
| Vision | Yes | $1.48 | $8.88 | — | — |
| 401K ER Match | Yes | $0.00 | $0.00 | $22.72 | $545.74 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $25.00 | $824.23 |
| Employee Medicare | $3.29 | $104.53 |
| Social Security Employee Tax | $14.06 | $446.95 |
| PA State Income Tax | $6.96 | $221.31 |
| S CENTRE | $2.27 | $72.09 |
| SOUTH CENTRE TWP LST | $1.00 | $6.00 |
| PA Unemployment Employee | $0.23 | $5.49 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 48.0000 |
| Vacation | 0.0000 | 160.0000 |
| Vacation Purch | 0.0000 | 40.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6440 | Checking | $41.55 |
| Total | | $41.55 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $343.76 | $203.92 | $52.81 | $249.40 | **$41.55** |
| YTD | $7,961.52 | $6,663.06 | $1,680.60 | $1,867.15 | $4,413.77 |

vsn 20240603