Certificate Number: 17082-PAM-DE-040633530

Bankruptcy Case Number: 26-00385


17082-PAM-DE-040633530

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2026, at 9:30 o'clock AM MST, CRYSTAL DENISE PAYESKIE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 18, 2026      By:   /s/Orsolya K Lazar

                              Name: Orsolya K Lazar

                              Title: Executive Director