# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Crystal Denise Payeskie,<br>aka Crystal Payeski, aka Crystal D Payeski, aka Cris Payeski, fka Crystal Samsel, | Chapter      7 |
| **Debtor 1** | Case No.      5:26–bk–00385–MJC |

Social Security No.:

xxx–xx–7713

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  May 22, 2026

**fnldecac** (05/18)