In re:                                                                                    Case No. 26-00385-MJC

Crystal Denise Payeskie                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal Denise Payeskie, 114 Chestnut St, Nescopeck, PA 18635-1661 |
| 5780155 | + | Aaron Schutt, Journey Bank FKA First Columbia Bank & T, 1199 Lightstreet Rd, Bloomsburg, PA 17815-9575 |
| 5780163 | | Central Susquehanna Community FCU, 530 E Market St, Danville, PA 17821-2010 |
| 5780168 | + | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5780169 | + | Geisinger Medical Center, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5780170 | | Geisinger Medical Group, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5780171 | + | Geisinger Muncy, 255 US 220, Muncy, PA 17756-6561 |
| 5780172 | | Geisinger Wyoming Valley, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5780187 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, TMobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5780173 | + | Jeffrey Kitka, 114 Chestnut St, Nescopeck, PA 18635-1661 |
| 5780175 | + | Journey Bank, 1919 Front St, Berwick, PA 18603-4210 |
| 5780174 | | Journey Bank, 11 W Main St, Bloomsburg, PA 17815-1702 |
| 5780180 | | PayPal Operations, PO Box 45950, Omaha, NE 68145-0950 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 22 2026 22:58:00 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5780156 | | Email/PDF: AffirmBKNotifications@resurgent.com | May 22 2026 19:08:27 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5780157 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 22 2026 19:04:00 | Apple Card/GS Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5780158 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 22 2026 19:04:00 | Apple Card/GS Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5780159 | | EDI: BANKAMER | May 22 2026 22:58:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5780160 | | EDI: BANKAMER | May 22 2026 22:58:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5780161 | | EDI: CAPITALONE.COM | May 22 2026 22:58:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5780162 | | EDI: CAPITALONE.COM | May 22 2026 22:58:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5780164 | ^ | MEBN | May 22 2026 19:00:39 | Client Services, PO Box 339, Saint Charles, MO 63302-0339 |
| 5780165 | | Email/Text: Mercury@ebn.phinsolutions.com | May 22 2026 19:04:00 | FB&T/Mercury, Attn: Bankruptcy, PO Box 84064, |

| | | | | |
|---|---|---|---|---|
| | | | | Columbus, GA 31908-4064 |
| 5780166 | + | Email/Text: EBNBKNOT@ford.com | May 22 2026 19:04:00 | Ford Credit, PO Box 35910, Cleveland, OH 44135-0910 |
| 5780167 | | Email/Text: EBNBKNOT@ford.com | May 22 2026 19:04:00 | Ford Motor Credit Company, PO Box 542000, Omaha, NE 68154-8000 |
| 5780973 | + | EDI: AISACG.COM | May 22 2026 22:58:00 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5780187 | | EDI: JCTM | May 22 2026 22:58:00 | TMobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5780177 | | EDI: JPMORGANCHASE | May 22 2026 22:58:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5780176 | | EDI: JPMORGANCHASE | May 22 2026 22:58:00 | JPMCB Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5780178 | + | Email/Text: bankruptcy.us@klarna.com | May 22 2026 19:04:00 | Klarna, 800 N High St, Suite 400, Columbus, OH 43215-1430 |
| 5780179 | | EDI: PENNDEPTREV | May 22 2026 22:58:00 | PA Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0946 |
| 5780181 | | Email/Text: bankruptcies@penncredit.com | May 22 2026 19:04:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5780182 | | Email/Text: OpsCompliance@RocketLoans.com | May 22 2026 19:04:00 | Rocket Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5780183 | | Email/Text: OpsCompliance@RocketLoans.com | May 22 2026 19:04:00 | Rocket Loans, 1274 Library St, Detroit, MI 48226-2256 |
| 5780184 | | Email/Text: bankruptcyteam@rocketmortgage.com | May 22 2026 19:04:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5780185 | | EDI: CITICORP | May 22 2026 22:58:00 | THD/CBNA, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5780186 | | EDI: CITICORP | May 22 2026 22:58:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Crystal Denise Payeskie usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Crystal Denise Payeskie | Social Security number or ITIN   xxx–xx–7713 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Middle District of Pennsylvania | | |
| Case number:   5:26–bk–00385–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Crystal Denise Payeskie
aka Crystal Payeski, aka Crystal D Payeski, aka
Cris Payeski, fka Crystal Samsel

**By the court:**

5/22/26

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:26-bk-00385-MJC    Doc 14    Filed 05/24/26    Entered 05/25/26 00:25:08    Desc
Imaged Certificate of Notice    Page 5 of 5